UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:24-mj-00277-KMB |
| | ) | |
| CHRISTINA ENRIQUEZ, | ) | - 03 |
| *Defendant*. | ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Cristina Caraballo-Colón, Assistant United States Attorney, and petitions the Court for a Writ of Order of Habeas Corpus Ad Prosequendum to require the presence of Defendant CHRISTINA ENRIQUEZ, Date of Birth XX/XX/1993, now confined at the Marion County Community Justice Center, 675 Justice Way, Indianapolis, IN 46203, before the United States District Court, Southern District of Indiana, at Indianapolis, Indiana, and to remain in the custody of the United States for all other necessary proceedings in this case.

WHEREFORE, the government respectfully petitions the Court for a Writ of Order of Habeas Corpus Ad Prosequendum to require the presence of CHRISTINA ENRIQUEZ, and to remain in the custody of the United States for all other necessary proceedings in this case.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By: */s/ Cristina Caraballo-Colón*
　　　Cristina Caraballo-Colón
　　　Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, a copy of the foregoing document and accompanying proposed order were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

By: /s/ *Cristina Caraballo-Colón*
Cristina Caraballo-Colón
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333