**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Cause No. 1:24-mj-0277-KMB-3 |
| | ) |
| **CHRISTINA ENRIQUEZ,** | ) |
| | ) |
| **Defendant.** | ) |

### AMENDED MOTION TO CONTINUE DETENTION AND PROBABLE CAUSE HEARING

The Defendant, Christina Enriquez, by counsel, respectfully moves for a continuance of the probable cause and detention hearing currently scheduled for March 28, 2024. In support of the continuance, counsel for Ms. Enriquez states the following:

1. Currently, this cause is scheduled for a detention and probable cause hearing for March 28, 2024 at 1:30 p.m.

2. On March 26, 2024, counsel filed a Motion to Continue Detention Hearing but failed to request that the probable cause hearing also be continued.

3. Due to a scheduling conflict, counsel cannot attend either the detention or probable cause hearing.

4. Counsel is available to attend the detention and probable cause hearings anytime April 1 or 2, 2024 except for 9:00 -10:00 A.M. on April 1, 2024.

WHEREFORE, the Defendant, Christina Enriquez, by counsel, respectfully request this Court to continue the probable cause and detention hearings, and for all other relief just and proper in the premises.

Respectfully submitted,

/S/ Stacy Uliana
Attorney # 20413-32
P.O. Box 744
Bargersville, Indiana 46106
(317) 422-1686
Fax (317) 732-1830
stacy@ulianalaw.com

**CERTIFICATE OF SERVICE**

I certify that on March 27, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/S/ Stacy Uliana
Stacy Uliana #20413-32