Dear Honorable Judge,

I am writing to you today on behalf of my daughter, Christine Enriquez, who is currently facing serious charges. However, I implore you to consider the person beyond this snapshot of her current circumstances, for it does not accurately reflect the kind-hearted and responsible individual that she truly is.

Christine is not just my daughter; she is a beloved member of our family and a cherished friend to many. She embodies positivity, constantly striving to uplift others and spread joy wherever she goes. Through her daily practices of prayer, meditation, hiking, and physical fitness, she maintains both her physical and spiritual well-being, all while radiating kindness and compassion to those around her.

As a daughter, Christine demonstrates unwavering love and concern for her family. She regularly checks in on me, ensuring that I am taking care of myself, and readily extends her helping hand whenever needed. Her involvement in community events and her influence on our family's transition to healthier eating habits further exemplify her selflessness and commitment to making a positive impact on others' lives.

From a young age, Christine has been a dreamer and a doer. She sets ambitious goals for herself and pursues them with determination and dedication. Her journey from aspiring baker to a certified chef specializing in desserts, and later to a student at 1500 Music Academy with aspirations of becoming a DJ, is a testament to her relentless pursuit of her dreams.

Throughout her career as a chef, Christine has exhibited a remarkable work ethic and skill, garnering praise and recognition from colleagues and patrons alike. Her recent endeavors at the recording studio, utilizing her acquired skills from 1500 Music Academy, further highlight her versatility and passion for the arts.

I stand before you today, Your Honor, not to make excuses for my daughter's actions but to appeal to your compassion and understanding of her character. Christine has a strong support system within our family, and I am willing to provide her with a stable home environment upon her release. We are fervently praying for the opportunity for her to continue her education, pursue her career aspirations, and demonstrate her capacity to be a responsible and contributing member of society.

In closing, I respectfully request that you consider Christine's release, considering her strong familial support, her commitment to personal and professional growth, and her desire to positively impact the world around her. I believe in her potential for redemption and rehabilitation, and I sincerely hope that you will grant her the chance to continue striving toward a brighter future.

Thank you for your attention to this matter, Your Honor. Should you require any further information or clarification, please do not hesitate to contact me.

Sincerely,

*Regina Enriquez* 3/29/24