**FILED**

APR 17 2024

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| V. | ) | CAUSE NO.      1:24-cr-60-SEB-MJD |
| | ) | |
| | ) | |
| LATASHA SADIE WEATHERSPOON, | ) | -01 |
| a/k/a "Tasha"," Whole Heart" | ) | |
| | ) | |
| MARLENE RICHARDSON, | ) | -02 |
| a/k/a "Misha Joe" | ) | |
| | ) | |
| CHRISTINE ANGELA ENRIQUEZ. | ) | -03 |
| a/k/a "Christina", "Chrissy" | ) | |
| *Defendants.* | ) | |

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2
Possession with Intent to Distribute Controlled Substances

On or about December 19, 2023, in the Southern District of Indiana, LATASHA SADIE WEATHERSPOON, MARLENE RICHARDSON and CHRISTINE ANGELA ENRIQUEZ, the defendants herein, knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

1.    The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c).

2.    Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendants, LATASHA SADIE WEATHERSPOON, MARLENE RICHARDSON and CHRISTINE ANGELA ENRIQUEZ,  shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

3.    If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).



ZACHARY A. MYERS
United States Attorney

By: _____
Cristina Caraballo-Colón/ WLM
Assistant United States Attorney