UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,* | )<br>)<br>)<br>) | |
| V. | ) | CAUSE NO. 1:24-cr-00060-SEB-MJD |
| | ) | |
| MARLENE RICHARDSON,<br>*Defendant.* | )<br>) | -02 |

**MOTION TO WITHDRAW DOCUMENT**

The United States of America, by counsel, Thomas E. Wheeler II, United States Attorney, and Cristina Caraballo-Colón, Assistant United States Attorney, respectfully moves this Honorable Court to withdraw Document 146, which was inadvertently filed on April 2, 2026.

WHEREFORE, the United States respectfully requests that the Court grant this motion and issue an Order withdrawing Document 146.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By:   */s/ Cristina Caraballo-Colón*
Cristina Caraballo-Colón
Assistant United States Attorney
United States Attorney's Office
132 N. Pennsylvania St., Suite 2100
Indianapolis, Indiana 46204
Telephone: (317) 358-3984
Cristina.Caraballo.Colon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, a copy of the foregoing Motion to Withdraw Document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:   /s/ *Cristina Caraballo-Colón*
Cristina Caraballo-Colón
Assistant United States Attorney
United States Attorney's Office
132 N. Pennsylvania St., Suite 2100
Indianapolis, Indiana 46204
Telephone: (317) 358-3984
Cristina.Caraballo.Colon@usdoj.gov