UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:24-cr-00060-SEB-MJD |
| | ) | |
| MARLENE RICHARDSON, | ) | -02 |
| *Defendant.* | ) | |

## ORDER

The United States of America, by counsel, moved the Court to withdraw

Document 146, which was inadvertently filed with the Court on April 2, 2026.

Being fully advised of the matter, the Court hereby **GRANTS** the motion,

[dkt. 147], such that dkt. 146 is hereby deemed **WITHDRAWN**.

SO ORDERED.

Date: 4/8/2026

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:
To all registered counsel via electronic notification