UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,            )
*Plaintiff,*                         )
                                     )
                                     )
        v.                           )   CAUSE NO. 1:24-cr-00060-SEB-MJD
                                     )
LATASHA SADIE WEATHERSPOON,          )   -01
*Defendant.*                         )

## ORDER BIFURCATING CHANGE OF PLEA
## AND SENTENCING HEARING

This matter comes before the Court on the government's Unopposed Motion to Bifurcate Change of Plea and Sentencing Hearing. Counsel for the defendant does not object to the government's motion.

IT IS HEREBY ORDERED that the government's Motion to Bifurcate Change of Plea and Sentencing Hearing is GRANTED. A change of plea hearing is set for May 19, 2026, at 10:15 a.m., in Room 216, United States Courthouse, Indianapolis, Indiana. The sentencing hearing will be reset for a later date via separate entry.

SO ORDERED.

Date: _____4/10/2026_____          _____
                                   SARAH EVANS BARKER, JUDGE
                                   United States District Court
                                   Southern District of Indiana

Distribution to counsel of record via CM/ECF