UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:24-cr-00060-SEB-MJD |
| | ) | |
| CHRISTINE ANGELA ENRIQUEZ, | ) | -03 |
| a/k/a "Christina", "Chrissy," | ) | |
| *Defendant.* | ) | |

## ORDER BIFURCATING CHANGE OF PLEA
## AND SENTENCING HEARING

This matter comes before the Court on the government's Unopposed Motion to Bifurcate Change of Plea and Sentencing Hearing. Counsel for the defendant does not object to the government's motion.

IT IS HEREBY ORDERED that the government's Motion to Bifurcate Change of Plea and Sentencing Hearing is GRANTED. A change of plea hearing is set for May 21, 2026, at 2:00 p.m. in Room 216, United States Courthouse, Indianapolis, Indiana. The sentencing hearing will be set for a later date via separate order.

SO ORDERED.

Date: _____4/13/2026_____

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF