UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA  )
                          )
          v.              )          Cause No. 1:24-cr-00060-SEB-MJD-2
                          )
MARLENE RICHARDSON         )

## MOTION FOR EXTENSION OF TIME FOR PSR OBJECTIONS

Comes now the defendant, Marlene Richardson, by counsel, and moves for a two-week extension of time to respond and object to the Presentence Investigation Report ("PSR"), and in support thereof, shows the Court as follows:

1.    The PSR was provided to defense counsel on May 26, 2026. Responses and objections to the PSR are currently due on June 9th, 2026.

2.    Counsel has had the opportunity to review the PSR with the Defendant but needs to perform further investigation regarding potential objections.

3.    Counsel believes a two-week extension of time, up to and including June 23, 2026, should be sufficient.

4.    Counsel has contacted Cristina Caraballo Colon, counsel for the government, about this motion, and the government has no objection to an extension.

WHEREFORE, the defendant, Marlene Richardson, respectfully requests a two-week extension of time to respond and object to the PSR, to and including June 23, 2026 and for all other just and proper relief.

s/ *Maxwell Wiley*

Maxwell Wiley, Atty No. 28131-49
BALDWIN PERRY & WILEY, P.C.
1060 Villa Ave.
Indianapolis, IN 46203
(317) 736-0053 – Phone
(317) 816-4791 – Fax

max@criminaldefenseteam.com

Counsel for Defendant, Marlene Richardson.

## CERTIFICATE OF SERVICE

I hereby certify that on June 9th, 2026, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ *Maxwell Wiley*
Maxwell Wiley, Atty No. 28131-49